Submitted May 8, affirmed June 3, petition for review denied October 22, 2020
(367 Or 217)

In the Matter of B. R. R.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

M. D. E.,
*Appellant.*

Lane County Circuit Court
19JU06562; A172864

464 P3d 172

Clara L. Rigmaiden, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Kamins, Judge, and Landau, Senior Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. E. L. G.*, 270 Or App 308, 347 P3d 825 (2015).